UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| ECOLAB INC., and NALCO COMPANY, LLC d/b/a Nalco Water, an Ecolab Company and/or Nalco Water,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY RIDLEY,<br><br>Defendant. | No. 1:22-cv-00050-TRM-CHS<br><br>District Judge Travis R. McDonough<br><br>Magistrate Judge Christopher H. Steger |

# PLAINTIFFS' DEPOSITION DESIGNATIONS

Plaintiffs Ecolab Inc. ("Ecolab") and Nalco Company LLC d/b/a Nalco Water, an Ecolab Company and/or Nalco Water ("Nalco") (jointly referred to as "Nalco/Ecolab" or "Plaintiffs"), by and through their counsel, hereby designate the following portions from deposition testimony for use at the hearing in this matter, either to offer substantive evidence or rebuttal evidence. By designating these specific portions of deposition testimony, Plaintiffs do not waive the right to offer additional portions of deposition testimony for purposes of rebuttal and/or impeachment. Plaintiffs also reserve the right, upon good cause shown, to further supplement these designations.

1

## JOHN ALCORN – March 28, 2023, Deposition

Plaintiffs designate the following portions of John Alcorn's deposition to be used during the trial of this matter:

| Pages/Lines | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections to Defendant's Counter-Designations |
|---|---|---|---|
| 14:4–17:2 | | | |
| 17:10–18:21 | | | |
| 20:1–21:11 | | | |
| 22:7–25 | | | |
| 24:6–30:19 | | | |
| 31:7–34:8 | | | |
| 37:20–21 | | | |
| 40:21–44:9 | | | |
| 44:20–47:24 | | | |
| 48:7–49:22 | | | |
| 50:10–19 | | | |
| 54:10–56:21 | | | |
| 57:2–58:3 | | | |
| 60:20–61:23 | | | |
| 62:11–65:14 | | | |
| 66:24–83:24 | | | |
| 84:10–84:21 | | | |
| 86:16–88:14 | | | |
| 89:8–90:2 | | | |
| 91:6–95:17 | | | |
| 96:3–9 | | | |
| 96:16–99:4 | | | |
| 99:10–100:23 | | | |
| 104:8–23 | | | |
| 117:20–22 | | | |
| 121:1–122:23 | | | |
| 124:13–125:1 | | | |
| 125:24–129:10 | | | |

| Pages/Lines | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections to Defendant's Counter-Designations |
|---|---|---|---|
| 129:12–19 | | | |
| 130:14–18 | | | |
| 131:4–134:12 | | | |
| 138:21–139:2 | | | |
| 139:17–140:4 | | | |
| 144:22–145:13 | | | |
| 146:20–150:2 | | | |
| 150:11–151:16 | | | |
| 155:19–156:20 | | | |
| 157:2–23 | | | |
| 158:23–159:23 | | | |
| 165:21–168:17 | | | |
| 172:5–173:23 | | | |
| 181:17–182:7 | | | |
| 183:5–189:3 | | | |

## RICHARD CISSELL – April 6, 2023 Deposition

Plaintiffs designate the following portions of Richard Cissell's deposition to be used during the trial of this matter:

| Pages/Lines | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections to Defendant's Counter-Designations |
|---|---|---|---|
| 14:5–14 | | | |
| 23:5–25:18 | | | |
| 26:9–12 | | | |
| 26:20–23 | | | |
| 27:21–28:9 | | | |
| 31:21–32:1 | | | |
| 32:18–33:12 | | | |
| 34:4–35:2 | | | |
| 93:5–94:2 | | | |
| 98:2–10 | | | |
| 100:13–102:24 | | | |
| 106:19–104:12 | | | |
| 105:11–106:3 | | | |
| 108:1–11 | | | |
| 108:24–110:9 | | | |
| 110:21–113:5 | | | |
| 148:25–149:25 | | | |
| 154:3–20 | | | |
| 155:7–17 | | | |
| 172:2–5 | | | |
| 172:14–21 | | | |
| 173:7–18 | | | |
| 175:10–13 | | | |
| 176:24–177:4 | | | |
| 177:17–178:18 | | | |
| 186:1–10 | | | |
| 188:24–17 | | | |
| 190:4–15 | | | |

4

| Pages/Lines | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections to Defendant's Counter-Designations |
|---|---|---|---|
| 194:16–19 | | | |

## HELEN HAMILTON – April 12, 2023 Deposition

Plaintiffs designate the following portions of Helen Hamilton's deposition to be used during the trial of this matter:

| Pages/Lines | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections to Defendant's Counter-Designations |
|---|---|---|---|
| 14:3–27:14 | | | |
| 27:16–28:5 | | | |
| 30:8–31:2 | | | |
| 32:10–38:9 | | | |
| 42:24–44:8 | | | |
| 45:21–63:6 | | | |
| 63:7–11 | | | |
| 70:10–73:14 | | | |
| 73:16–74:6 | | | |
| 76:6–80:16 | | | |
| 14:3–27:14 | | | |
| 27:16–28:5 | | | |
| 30:8–31:2 | | | |
| 32:10–38:9 | | | |
| 42:24–44:8 | | | |
| 45:21–63:6 | | | |
| 63:7–11 | | | |
| 70:10–73:14 | | | |
| 73:16–74:6 | | | |
| 76:6–80:16 | | | |
| 82:3–8 | | | |
| 83:15–84:20 | | | |
| 86:3–89:5 | | | |
| 90:4–91:18 | | | |
| 92:20–93:1 | | | |
| 95:4–18 | | | |
| 97:13–22 | | | |
| 98:1–100:2 | | | |

| Pages/Lines | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections to Defendant's Counter-Designations |
|---|---|---|---|
| 100:24–102:17 | | | |
| 104:9–18 | | | |
| 105:8–18 | | | |
| 106:10–107:3 | | | |
| 107:11–108:5 | | | |
| 108:19–109:18 | | | |
| 113:6–115:10 | | | |
| 117:8–14 | | | |
| 126:1–128:13 | | | |
| 129:6–130:14 | | | |
| 131:2–132:14 | | | |
| 134:21–135:5 | | | |
| 135:14–138:8 | | | |
| 139:6–17 | | | |
| 141:17–142:9 | | | |
| 143:17–145:4 | | | |
| 148:16–149:8 | | | |
| 150:8–151:17 | | | |
| 152:6–14 | | | |
| 155:8–157:7 | | | |
| 157:24–159:19 | | | |
| 160:9–163:21 | | | |
| 165:18–178:9 | | | |
| 180:17–184:9 | | | |
| 187:18–23 | | | |
| 188:5–22 | | | |
| 190:23–191:15 | | | |
| 192:21–194:7 | | | |
| 195:2–196:3 | | | |
| 197:13–19 | | | |
| 199:19–24 | | | |
| 202:13–204:6 | | | |
| 205:13–207:4 | | | |

7

| Pages/Lines | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections to Defendant's Counter-Designations |
|---|---|---|---|
| 211:21–24 | | | |

## BENJAMIN IRWIN – March 1, 2023 Deposition

Plaintiffs designate the following portions of Benjamin Irwin's deposition to be used during the trial of this matter:

| Pages/Lines | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections to Defendant's Counter-Designations |
|---|---|---|---|
| 6:12–7:9 | | | |
| 8:5–9:17 | | | |
| 12:15–20 | | | |
| 21:8–25:19 | | | |
| 29:4–33:10 | | | |
| 51:6–54:8 | | | |
| 54:12–15 | | | |
| 56:9–57:22 | | | |
| 62:25–66:11 | | | |
| 66:14–67:22 | | | |
| 69:4–8 | | | |
| 79:23–80:1 | | | |
| 94:5–17 | | | |
| 104:2–13 | | | |
| 121:24–122:9 | | | |
| 123:9–124:1 | | | |
| 129:21-131:19 | | | |
| 134:23-136:20 | | | |
| 137:13–24 | | | |
| 144:8–150:25 | | | |
| 151:14–19 | | | |
| 169:13–170:3 | | | |
| 173:6–174:1 | | | |
| 180:15–23 | | | |
| 184:12–185:2 | | | |
| 185:18–186:7 | | | |
| 190:6–25 | | | |
| 193:17–195:5 | | | |

| Pages/Lines | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections to Defendant's Counter-Designations |
|---|---|---|---|
| 195:13–198:13 | | | |
| 208:11–209:24 | | | |
| 216:2–19 | | | |
| 233:15–234:15 | | | |

## LYNNE JAMES – March 8, 2023 Deposition

Plaintiffs designate the following portions of Lynne James's deposition to be used during the trial of this matter:

| Pages/Lines | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections to Defendant's Counter-Designations |
|---|---|---|---|
| 12:9–13:11 | | | |
| 14:1–15:9 | | | |
| 17:13–19 | | | |
| 17:20–18:13 | | | |
| 19:7–22:7 | | | |
| 22:16–20 | | | |
| 25:7–24 | | | |
| 26:10–28:1 | | | |
| 30:15–19 | | | |
| 32:19–34:21 | | | |
| 35:4-23 | | | |
| 36:23–37:8 | | | |
| 37:22–38:3 | | | |
| 41:7–42:24 | | | |
| 53:4–14 | | | |
| 60:22–61:25 | | | |
| 62:11–23 | | | |

## STEVE LEAVELL – March 16, 2023 Deposition

Plaintiffs designate the following portions of Steve Leavell's deposition to be used during the trial of this matter:

| Pages/Lines | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections to Defendant's Counter-Designations |
|---|---|---|---|
| 10:3–7 | | | |
| 10:16–22 | | | |
| 18:9–14 | | | |
| 18:20–19:8 | | | |
| 19:20–20:17 | | | |
| 21:4–20 | | | |
| 25:16–26:9 | | | |
| 26:20–27:14 | | | |
| 28:5–22 | | | |
| 30:11–17 | | | |
| 31:8–32:3 | | | |
| 34:4–14 | | | |
| 36:9–37:19 | | | |
| 38:6–39:19 | | | |
| 40:12–20 | | | |
| 41:10–42:4 | | | |
| 43:4–15 | | | |
| 44:7–10 | | | |
| 45:2–17 | | | |
| 47:9–16 | | | |
| 49:14–19 | | | |
| 52:8–14 | | | |
| 53:11–54:17 | | | |
| 54:22–55:5 | | | |
| 56:11–17 | | | |
| 57:21–58:11 | | | |
| 71:5–17 | | | |
| 84:7–85:17 | | | |

| Pages/Lines | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections to Defendant's Counter-Designations |
|---|---|---|---|
| 86:10–87:11 | | | |
| 93:14–95:3 | | | |
| 95:17–96:14 | | | |
| 103:4–22 | | | |
| 110:18–111:9 | | | |
| 118:9–119:2 | | | |
| 121:17–122:7 | | | |
| 122:12–16 | | | |
| 123:5–124:4 | | | |
| 126:21–127:11 | | | |
| 133:17–134:8 | | | |
| 134:19–135:4 | | | |
| 148:9–15 | | | |
| 148:19–149:10 | | | |
| 149:20–150:7 | | | |
| 154:5–155:10 | | | |
| 155:22–156:11 | | | |
| 157:14–21 | | | |
| 167:17–169:4 | | | |
| 169:20–170:7 | | | |
| 171:11–172:3 | | | |
| 172:15–18 | | | |
| 174:3–19 | | | |
| 185:5–187:12 | | | |
| 190:12–16 | | | |
| 191:1–7 | | | |
| 192:18–194:12 | | | |
| 205:14–207:2 | | | |
| 210:17–211:7 | | | |
| 214:12–15 | | | |
| 225:14–17 | | | |
| 227:3–19 | | | |
| 230:16–231:6 | | | |

| Pages/Lines | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections to Defendant's Counter-Designations |
|---|---|---|---|
| 234:16–235:20 | | | |
| 236:12–18 | | | |
| 238:9–20 | | | |

## KARRY MACKIE – March 1, 2023 Deposition

Plaintiffs designate the following portions of Karry Mackie's deposition to be used during the trial of this matter:

| Pages/Lines | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections to Defendant's Counter-Designations |
|---|---|---|---|
| 7:12–11:9 | | | |
| 12:21–13:3 | | | |
| 14:2–9 | | | |
| 18:8–10 | | | |
| 19:17–20:1 | | | |
| 20:10–20 | | | |
| 127:23–129:23 | | | |
| 136:9–137:17 | | | |
| 138:1–139:16 | | | |
| 143:3–18 | | | |
| 149:2–9 | | | |
| 175:15–19 | | | |
| 176:19–177:17 | | | |
| 182:2–183:4 | | | |
| 190:1–22 | | | |
| 202:8–203:12 | | | |
| 208:13–214:1 | | | |
| 216:1–218:1 | | | |
| 218:19–221:5 | | | |
| 221:19–222:10 | | | |
| 230:5–17 | | | |
| 237:19–238:2 | | | |
| 241:13–243:12 | | | |
| 264:11–265:6 | | | |
| 268:7–270:17 | | | |
| 277:17–278:9 | | | |
| 286:18–287:9 | | | |
| 310:5–311:12 | | | |

| Pages/Lines | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections to Defendant's Counter-Designations |
|---|---|---|---|
| 312:19–313:13 | | | |
| 324:7–23 | | | |
| 326:13–20 | | | |
| 328:3–13 | | | |
| 330:22–331:12 | | | |
| 333:3–336:1 | | | |
| 336:12–340:3 | | | |
| 340:9–341:11 | | | |
| 343:11–346:13 | | | |
| 347:7–23 | | | |

## PETE MUMPOWER – March 8, 2023 Deposition

Plaintiffs designate the following portions of Pete Mumpower's deposition to be used during the trial of this matter:

| Pages/Lines | Defendant's Objections | Defendant's Counter-Designations | Plaintiffs' Objections to Defendant's Counter-Designations |
|---|---|---|---|
| 11:7–9 | | | |
| 11:23–13:11 | | | |
| 13:16–14:13 | | | |
| 16:4–17:17 | | | |
| 18:1–19:6 | | | |
| 24:6–10 | | | |
| 24:15–21 | | | |
| 26:5–27:6 | | | |
| 27:16–28:16 | | | |
| 28:17–29:16 | | | |
| 30:13–15 | | | |
| 32:4–14 | | | |
| 35:8–14 | | | |
| 37:15–39:17 | | | |
| 40:7–41:10 | | | |

Dated this 1st day of April 2024.

>Respectfully submitted,
>
>ECOLAB INC. NALCO COMPANY, LLC
>d/b/a Nalco Water, an Ecolab Company
>and/or Nalco Water,
>
>By Counsel
>
>By: */s/ David Yoshimura*
>Martin S. Chester (pro hac vice)
>Randall E. Kahnke (pro hac vice)
>**FAEGRE DRINKER BIDDLE & REATH LLP**
>90 South 7th Street, Unit 2200
>Minneapolis, Minnesota 55402
>randall.kahnke@faegredrinker.com
>martin.chester@faegredrinker.com
>
>Emmanuel L. Brown (pro hac vice)
>**FAEGRE DRINKER BIDDLE & REATH LLP**
>One Logan Square, Suite 2000
>Philadelphia, Pennsylvania 19103
>emmanuel.brown@faegredrinker.com
>
>David Yoshimura (pro hac vice)
>**FAEGRE DRINKER BIDDLE & REATH LLP**
>801 Grand Ave., 33rd Floor
>Des Moines, Iowa 50309
>david.yoshimura@faegredrinker.com
>
>Edward N. Boehm, Jr. (TN BPR#025275)
>**FISHER & PHILLIPS LLP**
>1230 Peachtree Street NE Suite 3300
>Atlanta, Georgia 30309
>Telephone: 404.240.4286
>tboehm@fisherphillips.com
>
>*COUNSEL FOR PLAINTIFFS*

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ David Yoshimura*
David Yoshimura